UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Milwaukee Safeguard Insurance Company,<br><br>                                    Plaintiff,<br><br>vs.<br><br>Lynette Lindgren, as Trustee for the Heirs<br>and Next of Kin of Justine Lindgren,<br>Kristine Lindgren, and Jeffrey Lindgren,<br><br>                                    Defendants. | **ORDER FOR DISMISSAL<br>WITH PREJUDICE**<br><br>Court File No. 0:05-CV-857<br><br>Judge: Paul A. Magnuson |

**ORDER**

THIS MATTER coming before the Court pursuant to a Stipulation for Dismiss between Plaintiff, Milwaukee Safeguard Insurance Company, and Defendants, Lynette Lindgren, as Trustee for the Heirs and Next of Kin of Justine Lindgren, Kristine Lindgren, and Jeffrey Lindgren, the parties having settled the dispute,

IT IS HEREBY ORDERED:

1. This matter is dismissed with prejudice and on the merits, without further costs to either party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: September __26__, 2005

s/Paul A. Magnuson
Honorable Paul A. Magnuson
United States District Court Judge